1 Todd M. Friedman (SBN 216752)
2 Adrian R. Bacon (SBN 280332)
3 Meghan E. George (SBN 274525)
  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
4 21550 Oxnard St., Suite 780
5 Woodland Hills, CA 91367
  Phone: 877-206-4741
6 Fax: 866-633-0228
7 tfriedman@ toddflaw.com
  abacon@ toddflaw.com
8 mgeorge@toddflaw.com
9 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VANESSA GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAPID CAPITAL FUNDING PC, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 2:16-cv-07548<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

///

Notice of Dismissal  - 1

RESPECTFULLY SUBMITTED this 10th day of October, 2016.
By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

1 | Filed electronically on this 10th day of October, 2016, with:

2 |

3 | United States District Court CM/ECF system

4 |

5 | Notification sent on this 10th day of October, 2016, via the ECF system to:

6 | United States District Court

7 | Central District of California

8 |

9 | This 10th day of October, 2016.
By: s/Todd M. Friedman

10 |     Todd M. Friedman